DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**KENAKIL CHUKA CHARLES GIBSON,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D19-2308

[October 31, 2019]

Appeal of order denying Rule 3.850 motion from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Glenn D. Kelley, Judge; L.T. Case No. 2008-CF-000919BMB.

Kenakil Chuka Charles Gibson, Cross City, pro se.

No brief required for appellee.

PER CURIAM.

*Affirmed.*

GROSS, MAY and CIKLIN, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***